UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE MATTER OF THE EXTRADITION )
)
OF )
) Case No. 06-591 M
)
) DETENTION ORDER
LAKHVIR SINGH, )
a.k.a. MOTA. )
. )
_____ )

Offense charged:

Lakhvir Singh has been provisionally arrested at the request of the German Government for allegedly committing the following crimes in Germany: (1) Assault, in violation of German Criminal Code, Section 223 and 223a; (2) False Imprisonment, in violation of German Criminal Code, Section 239; and (3) Murder, in violation of German Criminal Code, Section 211.

Date of Detention Hearing: November 16, 2006.

The Court conducted an initial hearing on the charges, and set this matter for a status conference on November 28, 2006. The federal statute that implements the extradition treaties of the United States, Title 18 U.S.C. §§ 3184 *et seq.*, does not provide for bail. The Bail Reform Act is not otherwise applicable to an international extradition. *Kamrin v. United States,* 725 F.2d 1225, 1227-28 (9th Cir.), *cert. denied,* 469 U.S. 817 (1984).

At the initial hearing, the Court concluded that detention should be ordered in this case, in the absence of "special circumstances" that would otherwise dictate a contrary result. A status

hearing has been scheduled for November 28, 2006. If the defendant wishes to raise the issue of whether "special circumstances" exist to reconsider the decision of detention, he may do so at the scheduled status hearing.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 16th day of November, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge