# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

in re: the Extradition of
   LAKHVIR SINGH,

06-591 M

**MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Extradition hearing originally scheduled for Friday, March 2, 2007, is hereby re-set to *Tuesday, March 6, 2007 at 11:00am*. The hearing will be conducted in Courtroom 12B, U.S. Courthouse, Seattle, Washington.

Dated this 9th day of February , 2007

/S/ PETER H. VOELKER
Peter H. Voelker
Deputy Clerk

**MINUTE ORDER**